IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| ROWAN FAMILY DENTISTRY, INC. | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 3:18-cv-221-MPM-JMV |
| | ) |
| LANCER ORTHODONTICS, INC. | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## RULE 41 STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff in the above-styled and numbered cause, pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(i), and files this stipulation of voluntary dismissal, with prejudice, of the Complaint filed in this civil action against the Defendant, Lancer Orthodontics, Inc.

In accordance with Rule 41, the Defendant, Lancer Orthodontics, Inc., has not filed an answer or motion for summary judgment in this matter.

That the dismissal herein shall bar further litigation of claims by the Plaintiff against the Defendant, Lancer Orthodontics, Inc., as alleged in the Complaint filed in this civil action.

**RESPECTFULLY SUBMITTED**, the 16th day of November, 2018.

/s/ L.N. Chandler Rogers
L.N. Chandler Rogers

**OF COUNSEL:**

L.N. Chandler Rogers
**ROGERS LAW GROUP**
201 E Bankhead Street
New Albany, Mississippi 38652
T: 662-538-5990

F: 662-538-5997
E:  chandler@rogerslawgroup.com
MS Bar ID: 102543

Winston B. Collier
**THE COLLIER FIRM**
2090 Old Taylor Road
Oxford, Mississippi 38655
T: 870-347-2100
F: 870-347-1164
E: winston@thecollierfirm.com
MS Bar ID: 105461

Gregory M. Zarzaur
**ZARZAUR MUJUMDAR & DEBROSSE-TRIAL LAWYERS**
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205-983-7985
F: 888-505-0523
E: Gregory@zarzaur.com
MS Bar ID: 100207