IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ROWAN FAMILY DENTISTRY, INC.**　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　　　　　　　　　　　　　　　　**3:18CV221-M-V**

**LANCER ORTHODONTICS, INC.**　　　　　　　　　　　　　　**DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the [10] Rule 41 Stipulation of Voluntary Dismissal filed by the Plaintiff in this cause of action, it is ORDERED that this case is hereby dismissed with prejudice.

This the 3rd day of December, 2018.

　　　　　　　　　　　　　　　　**/s/ MICHAEL P. MILLS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**
　　　　　　　　　　　　　　　　**NORTHERN DISTRICT OF MISSISSIPPI**